1   JOHN S. BATTENFELD, State Bar No. 119513
    MORGAN, LEWIS & BOCKIUS LLP
2   300 South Grand Avenue
    Twenty-Second Floor
3   Los Angeles, CA  90071-3132
    Tel:     213.612.2500
4   Fax:     213.612.2501
    E-mail:   jbattenfeld@morganlewis.com
5
    ERIC MECKLEY, State Bar No. 168181
6   REBECCA LICHT, State Bar No. 267752
    MORGAN, LEWIS & BOCKIUS LLP
7   One Market, Spear Street Tower
    San Francisco, CA  94105-1126
8   Tel: 415.442.1000
    Fax: 415.442.1001
9   E-mail:   emeckley@morganlewis.com
    E-mail:   rebecca.licht@morganlewis.com
10
11  Attorneys for Defendant
    CLAIRE'S BOUTIQUES, INC.
12

FILED
2011 JUL 18 P 2: 12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

13
14
15              UNITED STATES DISTRICT COURT
16              NORTHERN DISTRICT OF CALIFORNIA
                SAN JOSE DIVISION

PSG

CV 11 3512

17  JACLYN ARMSTRONG, an individual;        Case No. _____
    on behalf of herself and all others similarly
18  situated current and former employees,   **DEFENDANT'S NOTICE OF RELATED
19                                            CASES**
                    Plaintiff,
20
            vs.
21                                            **[N.D. LOCAL RULE 3-12]**
    CLAIRE'S BOUTIQUES, INC., a
22  Colorado corporation, and DOES 1 through
    50, inclusive,
23
                    Defendants.
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT'S NOTICE OF RELATED CASES
CASE NO. _____

DB1/ 67665912.1

1    TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

2    NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF:

3        PLEASE TAKE NOTICE that Defendant Claire's Boutiques, Inc. hereby submits that it is

4    not aware of any related cases as defined in Local Rule 3-12.

5    Dated:      July 18, 2011                    MORGAN, LEWIS & BOCKIUS LLP

6

7

8    By _____
         Rebecca Licht
9        Attorneys for Defendant
         CLAIRE'S BOUTIQUES, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

                                        2        DEFENDANT'S NOTICE OF RELATED CASES
                                                         CASE NO. _____

DB1/ 67665813.1