JOHN S. BATTENFELD, State Bar No. 119513
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:     213.612.2500
Fax:    213.612.2501
E-mail:  jbattenfeld@morganlewis.com

ERIC MECKLEY, State Bar No. 168181
REBECCA LICHT, State Bar No. 267752
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail:  emeckley@morganlewis.com
E-mail:  rebecca.licht@morganlewis.com

Attorneys for Defendant
CLAIRE'S BOUTIQUES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACLYN ARMSTRONG, an individual; on behalf of herself and all others similarly situated current and former employees,<br><br>Plaintiff,<br><br>vs.<br><br>CLAIRE'S BOUTIQUES, INC., a Colorado corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 11 3512<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16**<br><br>[28 U.S.C. §§ 1332, 1441, AND 1446<br><br>CLASS ACTION FAIRNESS ACT] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
CASE NO. _____

DB1/67665917.1

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Claire's Boutiques, Inc. is a wholly owned subsidiary of Claire's Stores, Inc.

Dated: July 18, 2011

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Rebecca Licht
John S. Battenfeld
Eric Meckley
Rebecca Licht
Attorneys for Defendant
CLAIRE'S BOUTIQUES, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

DEFENDANT'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
CASE NO. _____

DB1/ 67665817.1