1 | JOHN S. BATTENFELD, State Bar No. 119513
  | MORGAN, LEWIS & BOCKIUS LLP
2 | 300 South Grand Avenue
  | Twenty-Second Floor
3 | Los Angeles, CA 90071-3132
  | Tel:     213.612.2500
4 | Fax:    213.612.2501
  | E-mail:  jbattenfeld@morganlewis.com
5 |
  | ERIC MECKLEY, State Bar No. 168181
6 | REBECCA LICHT, State Bar No. 267752
  | MORGAN, LEWIS & BOCKIUS LLP
7 | One Market, Spear Street Tower
  | San Francisco, CA 94105-1126
8 | Tel: 415.442.1000
  | Fax: 415.442.1001
9 | E-mail:  emeckley@morganlewis.com
  | E-mail:  rebecca.licht@morganlewis.com
10 |
11 | Attorneys for Defendant
   | CLAIRE'S BOUTIQUES, INC.

FILED
2011 JUL 18 P 2: 13
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CV 11 3512   PSG

JACLYN ARMSTRONG, an individual; on behalf of herself and all others similarly situated current and former employees,

    Plaintiff,

    vs.

CLAIRE'S BOUTIQUES, INC., a Colorado corporation, and DOES 1 through 50, inclusive,

    Defendants.

Case No. _____

**PROOF OF SERVICE**

1  I am a resident of the State of California and over the age of eighteen years, and not a
2  party to the within action; my business address is One Market, Spear Street Tower, San
3  Francisco, California 94105-1126.

4  On July 18, 2011, I served the within documents:

5  - **CIVIL COVER SHEET;**

6  - **DEFENDANT'S NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA;**

8  - **DECLARATION OF DONNA TALENCO IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**

10 - **DEFENDANT'S NOTICE OF RELATED CASES;**

11 - **DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16.**

13 on the parties involved addressed as follows:

**Alfredo Torrijos,**
**TORRIJOS LAW**
**11856 Balboa Boulevard, # 297**
**Granada Hills, CA 91344**
**Telephone: (213) 784.2511**
**Facsimile: (213) 261-3948**

**Dylan Pollard, Esq.**
**Matt C. Bailey, Esq.**
**POLLARD|BAILEY**
**9701 Wilshire Blvd., 10th Floor**
**Beverly Hills, CA 90212**
**Telephone: (310) 854-7650**
**Facsimile: (310) 492-9934**

☒  **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on July 18, 2011, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Jennifer L. Crenshaw

28  MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2          Case No. _____
PROOF OF SERVICE

DB2/ 22559479.1