UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACLYN ARMSTRONG,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br><br>CLAIRE'S BOUTIQUES, INC.,<br><br>　　　　　　Defendant.<br>_____ | Case No.: C 11-03512 PSG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

　　　　On July 21, 2011, Defendant Claire's Boutiques, Inc. moved to remand the action. This case has been assigned to a magistrate judge. Pursuant to Civil Local Rule 73-1(a)(2), no later than one week after that motion was filed each party was required to file either a written consent to the jurisdiction of the magistrate judge, or request reassignment to a district judge. Not all of the parties did so. Therefore,

　　　　IT IS HEREBY ORDERED that no later than August 8, 2011, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's website at

ORDER, *page 1*

1  www.cand.uscourts.gov.

2  Dated: August 1, 2011

3  _____
   PAUL S. GREWAL
   United States Magistrate Judge